UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| 01 COMMUNIQUE LABORATORY, INC., | CASE NO. 1:06-CV-0253 |
| Plaintiff, | JUDGE ALDRICH |
| vs. | **ORDER** |
| CITRIX SYSTEMS, INC., and CITRIX ONLINE, LLC | |
| Defendants. | |

THIS MATTER having come before the Court on Motion of Citrix Systems, Inc. and Citrix Online, LLC for an Order for the issuance of a Letter of Request for International Judicial Assistance pursuant to the Hague Convention of 18 March 1970 on the taking of evidence in civil or commercial matters, the Court hereby orders:

The application of defendants Citrix Systems, Inc. and Citrix Online, LLC (collectively "Citrix") for A Letter of Request of International Judicial Assistance from the appropriate judicial authority for Canada for the taking of deposition of Eugene Gierczak and Anthony de Fazekas and requiring the production of certain documents from them and from the law firms Miller Thomson LLP and Keyser Mason Ball LLP is hereby GRANTED. The executed Letter of Request with the Seal of the Court is attached. Citrix shall forward the Letter of Request to the appropriate authorities in Canada.

IT IS SO ORDERED THIS __4__ day of __April__, 2007

2

3

      s/Ann Aldrich
HONORABLE ANN ALDRICH
UNITED STATES DISTRICT JUDGE

LIBA/1774124.1