UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| 01 COMMUNIQUE LABORATORY, INC., | ) | |
| | ) | Case No.1:06-CV-00253 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE ANN ALDRICH |
| | ) | |
| CITRIX SYSTEMS, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | ORDER |
| | ) | |
| | ) | |

On December 7, 2007, Citrix Systems, Inc. ("Citrix") filed its request for *inter partes* reexamination of the '479 patent with the United States Patent and Trademark Office (the "PTO"). On March 12, 2008, this court granted Citrix's motion for a stay. On March 30, 2009, 01 Communique Laboratory, Inc. ("01 Communique") petitioned this court by letter to lift the stay, citing the allegedly long average duration of the appeals process for an inter partes reexamination. Citrix responded on April 9, 2009, and 01 Communique replied on April 24, 2009.

This court has considered both parties' positions and directs the parties to immediately inform the court when the PTO reexamination is completed. Until that time, this case shall remain STAYED and administratively CLOSED subject to reopening upon written motion by any of the parties.

IT IS SO ORDERED.

      /s/ *Ann Aldrich*
ANN ALDRICH
UNITED STATES DISTRICT JUDGE

**Dated: August 7, 2009**