UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| 01 COMMUNIQUE LABORATORY, INC., <br><br> Plaintiff, <br><br> vs. <br> CITRIX SYSTEMS, INC., and <br> CITRIX ONLINE, LLC <br><br> Defendants. | CASE NO. 1:06-CV-0253 <br><br><br> JUDGE LIOI |

**PLAINTIFF'S MOTION FOR ORAL ARGUMENT**

Plaintiff, 01 Communique Laboratory, Inc. ("01"), respectfully submits this Motion for Oral Argument in the above-captioned matter. This case, filed in 2006 and administratively stayed on March 12, 2008, was transferred to this Court's docket on September 10, 2010. Following a telephonic status conference on October 27, 2010, Plaintiff 01 filed a Motion to Lift Stay at the Court's behest on November 15, 2010 [ECF 230], which was fully briefed by December 24, 2010. That Motion has not been ruled on nor has there been a hearing on that motion. On November 13, 2013, following the decision by the Patent Trial and Appeal Board affirming 01's patent, 01 filed a second Motion to Lift Stay [ECF 236], which has been fully briefed and pending since December 11, 2013.

01 respectfully requests an oral hearing on its pending motions in order to address any outstanding questions the Court might have regarding the motions. Given that the parties are still

operating under the original Case Management Order issued by Judge Aldrich [ECF 21], an in-person hearing also would allow the parties the opportunity to discuss any changes to the Case Management Order in view of the reassignment of the present case.

Accordingly, for the foregoing reasons, Plaintiff 01 Communique Laboratory, Inc. respectfully requests oral argument before the Court on its motions to lift the stay.

Dated: January 8, 2014

Respectfully submitted,

_____/s _Christina J. Moser_____
Thomas H. Shunk (0025793)
Christina J. Moser (0074817)
BAKER & HOSTETLER LLP
1900 East Ninth Street, Suite 3200
Cleveland, Ohio 44114-3485
(216) 861-7592 (direct)
(216) 696-0740 (facsimile)
tshunk@bakerlaw.com
cmoser@bakerlaw.com

Kenneth J. Sheehan
A. Neal Seth
BAKER & HOSTETLER LLP
Washington Square, Suite 1100
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5304
(202) 861-1500
(202) 861-1783 (facsimile)
ksheehan@bakerlaw.com
nseth@bakerlaw.com

*Attorneys for Plaintiff, 01 Communique Laboratory, Inc.*

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing PLAINTIFF'S MOTION FOR ORAL ARGUMENT was served this 8th day of January, 2014, by action of the Court's electronic docketing system upon all counsel of record.

                                                              /s/ Christina J. Moser
                                                              an attorney for Plaintiff