UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| 01 COMMUNIQUE LABORATORY, INC., <br><br> Plaintiff, <br><br> vs. <br> CITRIX SYSTEMS, INC., and <br> CITRIX ONLINE, LLC <br><br> Defendants. | CASE NO. 1:06-CV-0253 <br><br><br> JUDGE LIOI |

**JOINT PROPOSED SCHEDULE**

Pursuant to the Court's minute order dated January 29, 2014, Plaintiff 01 Communique Laboratory, Inc. and Defendants Citrix Systems, Inc. and Citrix Online, LLC (collectively "Parties") hereby submit the following joint proposed schedule for the Court's consideration in the event that the Court decides to lift the stay:

| Event | Date |
|---|---|
| Parties update document production and source code production | 3/21/2014 |
| Parties update written discovery responses | 05/01/2014 |
| Parties identify to one another claim construction issues, *e.g.*, claim terms they contend the court should address | 05/23/2014 |
| Parties exchange proposed claim constructions | 06/06/2014 |
| 01 updates contentions regarding infringement; Citrix updates contentions regarding invalidity | 06/13/2014 |
| Deadline for Parties to meet and confer regarding claim construction issues | 06/20/2014 |
| Opening claim construction briefs | 07/11/2014 |

| Event | Date |
|---|---|
| Parties complete updated fact discovery | 08/01/2014 |
| Rebuttal claim construction briefs | 08/08/2014 |
| Parties exchange expert reports on issues for which they bear the burden | 08/15/2014 |
| Joint Claim Construction and Prehearing Statement | 08/28/2014 |
| Parties exchange response expert reports | 09/12/2014 |
| Parties complete expert discovery | 10/03/2014 |
| Proposed Scheduling Conference regarding filing and/or renewing dispositive motions, trial preparation, and trial | 10/17/2014 |

Dated: February 20, 2014

Respectfully submitted,

*/s/ Christina J. Moser*

Thomas H. Shunk (0025793)
Christina J. Moser (0074817)
BAKER & HOSTETLER LLP
1900 East Ninth Street, Suite 3200
Cleveland, Ohio 44114-3485
(216) 861-7592 (direct)
(216) 696-0740 (facsimile)
tshunk@bakerlaw.com
cmoser@bakerlaw.com

Kenneth J. Sheehan
BAKER & HOSTETLER LLP
Washington Square, Suite 1100
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5304
(202) 861-1500
(202) 861-1783 (facsimile)
ksheehan@bakerlaw.com

*Attorneys for Plaintiff*
*01 Communique Laboratory, Inc.*

*/s/ Georgia E. Yanchar* (by consent)

John S. Cipolla
Georgia E. Yanchar
CALFEE, HALTER & GRISWOLD LLP
1405 East Sixth Street
Cleveland, Ohio 44114
(216) 622-8200 (direct)
(216) 241-0816 (facsimile)
jcipolla@calfee.com
gyanchar@calfee.com

Douglas J. Kline
William A. Meunier
GOODWIN PROCTER LLP
53 State Street
Boston, Massachusetts 02109
(617) 570-1000 (direct)
(617) 523-1231 (facsimile)
dkline@goodwinprocter.com
wmeunier@goodwinprocter.com

*Attorneys for Defendants*
*Citrix Systems, Inc. and Citrix Online LLC*