FILED
16 JAN 19 PM 2:46
U.S. DISTRICT COURT
NORTHERN OHIO DISTRICT
AKRON

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| 01 COMMUNIQUE LABORATORY, INC., | ) ) ) ) | CASE NO. 1:06CV253 |
| PLAINTIFFS, | ) ) ) | JUDGE SARA LIOI |
| vs. | ) ) ) | JURY VERDICT FORM |
| CITRIX SYSTEMS, INC., et al., | ) ) ) | |
| DEFENDANTS. | ) | |

It is now your duty to answer the questions presented in this verdict form after due deliberations. Please answer the questions in the order in which they appear.

**Question 1:** Infringement – Claim 24

Do you find by a preponderance of the evidence that GoToMyPC infringes claim 24 of the 479 Patent?

\_\_\_\_\_ Yes (finding for 01 Communique)

✓ No (finding for Citrix)

**[Skip question 2 if you answer "no" to question 1]**

**Question 2:** Infringement – Claim 45

Do you find by a preponderance of the evidence that GoToMyPC infringes claim 45 of the 479 Patent?

\_\_\_\_\_ Yes (finding for 01 Communique)

\_\_\_\_\_ No (finding for Citrix)

**Question 3:    Invalidity Based on Anticipation – Claim 24**

Do you find by clear and convincing evidence that claim 24 of the 479 Patent is invalid for anticipation?

\_\_\_\_\_ Yes (finding for Citrix)

__✓__ No (finding for 01 Communique)

If yes, please identify the anticipatory reference(s):_____

**Question 4:    Invalidity Other – Claim 24**

Do you find by clear and convincing evidence that claim 24 of the 479 Patent is invalid on any other grounds?

\_\_\_\_\_ Yes (finding for Citrix)

__✓__ No (finding for 01 Communique)

If yes, identify the grounds:_____

**Question 5:    Invalidity Based on Anticipation – Claim 45**

Do you find by clear and convincing evidence that claim 45 of the 479 Patent is invalid for anticipation?

\_\_\_\_\_ Yes (finding for Citrix)

__✓__ No (finding for 01 Communique)

If yes, please identify the anticipatory reference(s):_____

**Question 6:** **Invalidity Other – Claim 45**

Do you find by clear and convincing evidence that claim 45 of the 479 Patent is invalid on any other grounds?

\_\_\_\_\_ Yes (finding for Citrix)

__✓__ No (finding for 01 Communique)

If yes, identify the grounds:_____


We, each member of the jury, being duly impaneled and sworn, each find as set forth above, and we do so render our verdict on this _19_ day of January, 2016.